UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Darryl Williams, | File No. 26-cv-183 (ECT/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| Kimberly J. Maki, *County Attorney*, | |
| Respondent. | |

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on January 20, 2026. ECF No. 16. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 16] is **ACCEPTED** in full.

2. Petitioner Darryl Williams's petition for a writ of habeas corpus [ECF No. 1] is **DENIED WITHOUT PREJUDICE**.

3. This matter is **DISMISSED WITHOUT PREJUDICE**.

4. Mr. Williams's application to proceed in forma pauperis [ECF Nos. 2–3] is **DENIED**.

5. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 9, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court